UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| MARCUS L. JACKSON-EL, | : | CASE NO. 1:20-cv-00685 |
| Plaintiff, | : | OPINION & ORDER |
|  | : | [Resolving Doc. 15] |
| v. | : |  |
| COMMISSIONER OF SOCIAL SECURITY, | : |  |
| Defendant. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Marcus L. Jackson-El sues the Commissioner of Social Security, seeking disability benefits. Plaintiff's complaint also touches on claims related to a separate, dismissed federal suit.[1] Defendant Commissioner of Social Security moves to dismiss Plaintiff's complaint for lack of subject matter jurisdiction and also says the complaint for a failure to state a claim for which the court can grant relief.[2]

Under Local Rule 72.2(b), this case was automatically referred to a Magistrate Judge.[3] On October 8, 2020, Magistrate Judge James R. Knepp, II issued a Report and Recommendation, recommending that this Court grant Defendant's motion to dismiss Plaintiff's complaint.[4] Any objections to the Report and Recommendation were due on October 22, 2020.[5] Neither party filed objections.

---

[1] Doc. 1.
[2] Doc. 15.
[3] Local Rule 72.2(b).
[4] Doc. 17.
[5] 28 U.S.C. § 636(b)(1); Local Rule 72.3(b); The Clerk's office mailed the Report and Recommendation to Plaintiff's listed address, but it was returned to sender. On February 17, 2021, the Clerk's office mailed the Report and Recommendation to two additional addresses for Plaintiff. Several months have passed and Plaintiff has not objected.

Case No. 1:20-cv-00685
GWIN, J.

If the parties do not object, the Court may adopt a Report and Recommendation without further review.[6] Still, the Court reviewed the record and agrees with Magistrate Judge Knepp. The Court lacks subject matter jurisdiction over Plaintiff's social security claim. Likewise, Plaintiff's unrelated ramblings fail to state a claim for which this Court can grant relief.

Consequently, the Court **ADOPTS** Magistrate Judge Knepp's Report and Recommendation and **GRANTS** the Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: May 19, 2021     *s/     James S. Gwin*
                        JAMES S. GWIN
                        UNITED STATES DISTRICT JUDGE

---

[6] *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–53 (1985); *U.S. v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).